AO 245B   (Rev. 2/10) Judgment in a Criminal Petty Case
Sheet 1

FILED
MAY - 2 2012
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF C.
BY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| PABLO ROMERO | Case Number: 12cr1028-WMC |
| | MICHELLE BETANCOURT |
| | Defendant's Attorney |

REGISTRATION NO. 30622398

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 OF THE INFORMATION
☐ was found guilty on count(s) ___
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 41 CFR102-74.390 | IMPEDING A FEDERAL OFFICER ON PROPERTY UNDER THE CHARGE OF THE GENERAL SERVICE ADMINSTRATION | 1 |

The defendant is sentenced as provided in this judgment.

☒ Count(s) UNDERLYING     is ☐ are ☒ dismissed on the motion of the United States.
☑ IT IS ADJUDGED that

THE DEFENDANT IS SENTENCED TO UNSUPERVISED PROBATION FOR A TERM OF ONE (1) YEAR.

☐ The defendant has been found not guilty on count(s) ___
☒ Assessment: $ 5
   WAIVED

☒ Fine waived     ☐ Forfeiture pursuant to order filed ___, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

APRIL 26, 2012
Date of Imposition of Sentence

_[signature]_
HON. WILLIAM McCURINE JR.
UNITED STATES MAGISTRATE JUDGE

12cr1028-WMC